STATE OF NEW JERSEY v. LEROY BROWN.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. SEYMOUR SLOTNICK.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES CONLEY.

May 5, 1980.

Petition for certification denied.